1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **NORTHERN DISTRICT OF CALIFORNIA**
10

11  MORRIS FLAUM, M.D.,                 )   CASE NO.: 4:14-CV-2507 JSC
                                        )
12              Plaintiff,              )
                                        )
13      vs.                             )   **[PROPOSED] ORDER RE**
                                        )   **STIPULATION TO CONTINUE**
14  METROPOLITAN LIFE INSURANCE         )   **MEDIATION COMPLETION DATE**
    COMPANY and SUTTER HEALTH           )
15  LONG TERM DISABILITY PLAN,          )
                                        )
16              Defendants.             )
                                        )   Complaint Filed: May 30, 2014
17  _____)

18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court approves the stipulation of Plaintiff Morris Flaum, M.D., and Defendant Metropolitan Life Insurance Company to continue the mediation completion date and ORDERS as follows:

The mediation completion date is continued to April 29, 2015.

IT IS SO ORDERED.

Dated: _____  1/20/15



_____
ED_____ Court Judge