**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    MORRIS FLAUM, M.D.,                    No. C-14-2507 EMC
9              Plaintiff,
                                           **ORDER RE SURREPLY**
10        v.
11   METROPOLITAN LIFE INSURANCE
     COMPANY, *et al.*,
12
             Defendants.
13   _____/
14
15
16        Defendants shall submit a surreply, responding to Plaintiff's argument that California
17   Insurance Code § 10110.6 renders any grant of discretionary authority in the plan documents
18   unenforceable.  *See* Docket No. 39 at 5.  Defendants' surreply brief will be limited to four pages, and
19   shall be filed with the Court by 4:00 p.m. on February 9, 2015.  Hearing for the motion (Docket No.
20   32) remains set for February 12, 2015.
21
22        IT IS SO ORDERED.
23
24   Dated:  February 5, 2015
25
26                                         _____
                                           EDWARD M. CHEN
27                                         United States District Judge
28