Gail E. Cohen (SBN 93210)
gcohen@mail.hinshawlaw.com
Ophir Johna (SBN 228193)
ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company
and Sutter Health Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS FLAUM, M.D., | Case No. 4:14-CV-2507 EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | **[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING COURT DATES** |
| METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH LONG TERM DISABILITY PLAN, | |
| Defendants. | |
| | Complaint Filed:  May 30. 2014 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST TO VACATE PENDING COURT DATES

4:14-CV-2507 EMC

36047241v1 0963198

# ORDER

Having reviewed the Notice of Settlement and Request to Vacate Pending Court Dates (previously efiled with this court on May 7, 2015, Docket #57), AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED as follows:

1. The parties will have up to and including __June 22, 2015__ (proposed date June 22, 2015) to file a Stipulation for Dismissal; and

2. All pending court dates are vacated. *A further CMC is set for July 2, 2015 at 10:30 a.m. An updated joint CMC statement shall be filed by June 25, 2015.*

**IT IS SO ORDERED.**

DATED: __5/12/15__                    _____
                                      M. CHEN
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

---

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST TO VACATE PENDING COURT DATES

4:14-CV-2507 EMC

36047241v1 0963198