1  Gail E. Cohen (SBN 93210)
   gcohen@mail.hinshawlaw.com
2  Ophir Johna (SBN 228193)
   ojohna@mail.hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:   213-614-7399

6  Attorneys for Defendants
   Metropolitan Life Insurance Company
7  and Sutter Health Long Term Disability Plan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORRIS FLAUM, M.D., | Case No. 4:14-CV-2507 EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH LONG TERM DISABILITY PLAN, | [~~PROPOSED~~] ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING COURT DATES |
| Defendants. | |
| | Complaint Filed:  May 30, 2014 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND
REQUEST TO VACATE PENDING COURT DATES

4:14-CV-2507 EMC

36047241v1 0963198

# **ORDER**

Having reviewed the Notice of Settlement and Request to Vacate Pending Court Dates (previously efiled with this court on May 7, 2015, Docket #57), AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED as follows:

1. The parties will have up to and including ___June 22, 2015___ (pro~~posed~~ date ~~June 22,~~ 2015) to file a Stipulation for Dismissal; and

2. All pen~~ding court dates are~~ vacated. CMC remains set for July 2, 2015 as previously set.

**IT IS SO ORDERED.**

DATED: 6/3/15



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____ M. CHEN
_____ DISTRICT JUDGE

---

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING COURT DATES

4:14-CV-2507 EMC

36047241v1 0963198