Teresa S. Renaker – CA State Bar No. 187800
RENAKER HASSELMAN LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
teresa@renakerhasselman.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MORRIS FLAUM, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:14-cv-02507-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Morris Flaum, M.D., and Defendants Metropolitan Life Insurance Company and Sutter Health Long Term Disability Plan, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear its own costs of suit and attorneys' fees.

Respectfully submitted,

Dated: June 24, 2015         RENAKER HASSELMAN LLP

By: */s/ Teresa S. Renaker*
Teresa S. Renaker
Attorneys for Plaintiff

//
//
//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:14-cv-02507-EMC

| | |
|---|---|
| Dated: June 24, 2015 | HINSHAW & CULBERTSON LLP |
| | By: */s/ Gail E. Cohen* |
| | Gail E. Cohen |
| | Attorneys for Defendants |

IT IS SO ORDERED.

Dated: June 26, 2015



EDWARD M. CHEN